USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
DIANA MULTARE and ERIC HOUSTON, *as Power of Attorney for DIANA MULTARE and Individually*,

                                Plaintiffs,

                -against-

SUNRISE SENIOR LIVING MANAGEMENT INC., SUNRISE SENIOR LIVING SERVICES INC., and THE APSLEY,

                               Defendants.
-----------------------------------------------------------X

25-CV-09628 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

    WHEREAS on November 18, 2025, the above-captioned case was removed from the Supreme Court of the State of New York, Dkt. 1; and

    WHEREAS on November 19, 2025, Plaintiffs filed a Motion to Remand to State Court, Dkts. 4-5.

    IT IS HEREBY ORDERED that Defendants' response to Plaintiffs' Motion to Remand to State Court is due **no later than December 5, 2025**. Plaintiff's reply in further support, if any, is due **no later than December 12, 2025**.

    IT IS FURTHER ORDERED that the parties are directed to review the Individual Practices that can be found on the Court's website: https://nysd.uscourts.gov/hon-valerie-e-caproni. Counsel for all parties are required to be registered as filing users in accordance with the Procedures of Electronic Case Filing and to have filed a Notice of Appearance.

**SO ORDERED.**

Date: November 20, 2025
       New York, New York

                                            **VALERIE CAPRONI**
                                            **United States District Judge**