UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

DIANA MULTARE and ERIC HOUSTON, *as*
*Power of Attorney for DIANA MULTARE and*
*Individually*,

                               Plaintiffs,

               -against-

SUNRISE SENIOR LIVING MANAGEMENT
INC., SUNRISE SENIOR LIVING SERVICES
INC., and THE APSLEY,

                           Defendants.

----------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:__3/16/2026____ |

25-CV-09628 (VEC)

ORDER

**VALERIE CAPRONI**, United States District Judge:

WHEREAS on March 13, 2026, the parties appeared before the Court.

IT IS HEREBY ORDERED that Plaintiffs' Amended Complaint is due **no later than March 27, 2026**. Defendants must answer or move against the Amended Complaint by **April 17, 2026**. If Defendant files a Motion to Dismiss or to Disqualify Plaintiff's Attorney, Plaintiff's response is due **no later than May 15, 2026**. Defendants' reply is due **no later than May 29, 2026**.

IT IS FURTHER ORDERED that the issue of whether a settlement offer was made by Plaintiffs and accepted by Defendants is referred to Magistrate Judge Cave for preparation of a report and recommendation. Discovery is held in abeyance.

**SO ORDERED.**

**Date: March 16, 2026**
     **New York, New York**

                                   **VALERIE CAPRONI**
                             **United States District Judge**