UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANA MULTARE and ERIC HOUSTON, <u>as Power of Attorney for Diana Multare, and Individually</u>,

Plaintiffs,

-v-

SUNRISE SENIOR LIVING MANAGEMENT, <u>et al.</u>,

Defendants.

CIVIL ACTION NO. 25 Civ. 9628 (VEC) (SLC)

**<u>ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held an in-person conference on April 6, 2026 (the "Conference") to discuss the issue that the Honorable Valerie E. Caproni referred for a report and recommendation: "whether a settlement offer was made by Plaintiffs and accepted by Defendants[.]"  (Dkt. Nos. 23; 24). Following the Conference, the Court **ORDERS** the following:

1. By **April 27, 2026**, Defendants shall file their motion (the "Motion") to enforce the parties' purported settlement.

2. By **May 11, 2026**, Plaintiffs shall file a response to the Motion and cross-motion (the "Cross-Motion") for attorneys' fees expended in responding to the Motion.

3. By **May 27, 2026**, Defendant shall file a reply in further support of the Motion and response to the Cross-Motion.

4. By **June 5, 2026**, Plaintiffs shall file a reply in further support of the Cross-Motion.

Dated:  New York, New York
        April 6, 2026

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge