UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIANA MULTARE and ERIC HOUSTON, <u>as Power of Attorney for Diana Multare, and Individually</u>,<br><br>Plaintiffs,<br><br>-v-<br><br>SUNRISE SENIOR LIVING MANAGEMENT, <u>et al.</u>,<br><br>Defendants. | CIVIL ACTION NO. 25 Civ. 9628 (VEC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held an in-person conference on June 9, 2026 (the "Conference") to discuss: (i) the motion to enforce the parties' purported settlement filed by Defendants GWC Broadway 85th Inc. d/b/a The Apsley, Sunrise Senior Living Management, Inc., and Sunrise Senior Living Services, Inc. (together, "Defendants") (Dkt. No. 29 (the "Motion to Enforce")); (ii) the cross-motion for attorneys' fees filed by Plaintiffs Diana Multare and Eric Houston (together, "Plaintiffs") (Dkt. No. 33 (the "Cross-Motion")); and (iii) Plaintiff's letter motion to seal Defendants' Exhibit 1 (Dkt. No. 29-3) filed in connection with their Motion to Enforce. (Dkt. No. 39–40 (the "Motion to Seal")). Following the Conference, the Court **ORDERS** the following:

1. By **June 10, 2026**, the parties shall order an expedited copy of the Conference transcript by using the annexed form and selecting "daily service." After receiving a copy of the Conference transcript, the Court will issue a decision on the Motion to Enforce and Cross-Motion in due course.

2

2.  For the reasons discussed at the Conference, the Motion to Seal is **GRANTED**.  The

Clerk of Court is respectfully directed to place Dkt. No. 29-3 under seal and to keep

Dkt. No. 40 under seal.

The Clerk of Court is respectfully directed to close Dkt. No. 39.

Dated:        New York, New York
              June 9, 2026

                                    SO ORDERED.

                                    _____
                                    SARAH L. CAVE
                                    **United States Magistrate Judge**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters.  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.
**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| **DOCKET NUMBER** | **DATE OF THE HEARING** | **JUDGE'S NAME** |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|